AMBROSE J. McNAMARA, Appellant and Respondent, *v.* HERBERT S. POWELL et al., Respondents and Appellants.

Argued January 16, 1947; decided May 15, 1947.

*Ambrose J. McNamara,* in person, and *Howard F. Mahon, Frank Keiper* and *Albert Averbach* for plaintiff, appellant and respondent.

*M. William Bray, Clarence E. Williams, Bartle Gorman* and *George H. Kenny* for defendants, respondents and appellants.

Judgment modified by reducing the amount the defendants are directed to pay by the sum of $2,409.71, with interest of $884.73, which was allowed by the courts below as attorneys' fees and expenses in the patent litigation (*Leach Co.* v. *American Locomotive Co.,* 278 N. Y. 471; *Strelitzer* v. *Schnaier,* 135 App. Div.

384, 139 App. Div. 901, 204 N. Y. 560; see, also, *Manko* v. *City of Buffalo,* 296 N. Y. 905), and as so modified affirmed, without costs.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LEWIS and CONWAY, JJ.